# United States District Court
### for the
### Western District of New York

United States of America

v.

**BRAYDEN STOREY**

Case No. 25-MJ-1260

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **BRAYDEN STOREY**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Title 18, United States Code, Section 2422(b).

Date: March 17, 2025

*Issuing officer's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on (date) 3/17/25, and the person was arrested on (date) 3/18/25, at (city and state) Fayetteville, AR.

Date: 3/18/25

*Arresting officer's signature*

Kaitlin Patton, SA
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)